UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OWEN WILLIAMS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 5:25-CV-131-BM |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**
**This matter comes before the court on a motion for attorney fees under EAJA.**

**IT IS ORDERED, ADJUDGED AND DECREED**: Counsel for plaintiff's motion [DE-44] for approval of attorney's fees is ALLOWED. The Commissioner shall pay $7,500.00 in attorney's fees associated with this case in full satisfaction of any and all claims arising under the EAJA. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Charlotte Hall, and mailed to counsel at the following address pursuant to plaintiff's assignment [DE-23-2] to his attorney of the right to payment of attorney's fees under the EAJA:
Charlotte Hall, Post Office Box 58129, Raleigh, North Carolina 27658
If the award is subject to the Program, the balance shall be mailed to Attorney Hall
at the above address and the check made payable to her if allowed by the Program.

This Judgment Filed and Entered on September 29, 2025 with service on:
Charlotte Hall (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Carson Pendergrass
(By): Carson Pendergrass, Deputy Clerk